UNITED STATES COURT OF INTERNATIONAL TRADE

| | | |
|---|---|---|
| RAZOR USA LLC, | : | |
| | : | |
| Plaintiff, | : | Court No. 22-00246 |
| v. | : | |
| | : | |
| UNITED STATES, | : | |
| | : | |
| Defendant. | : | |

### NOTICE OF SUBSTITUTION

PLEASE TAKE NOTICE that Edward F. Kenny hereby enters his appearance as principal attorney of record for the United States, defendant in the above-captioned action, and requests that all papers in connection therewith be referred to his attention. Ms. Mikki Cottet may be removed as an attorney of record in this matter.

                                                Respectfully submitted,

                                                BRETT A. SHUMATE
                                                Assistant Attorney General
                                                Civil Division

                                                PATRICIA M. McCARTHY
                                                Director

By:        /s/ Justin R. Miller
            JUSTIN R. MILLER
            Attorney-in-Charge

            /s/Edward F. Kenny
            EDWARD F. KENNY
            Senior Trial Counsel
            International Trade Field Office
            Department of Justice, Civil Division
            Commercial Litigation Branch
            26 Federal Plaza, Room 346
            New York, New York 10278
            Attorneys for Defendant
Dated: November 19, 2025    (212) 264-0480